UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Allan Cullen

                    v.                                    Case No. 04-cv-339-PB

NH State Prison, Warden


O R D E R


The petitioner has failed to comply with the Endorsed Order dated December 17, 2009, by

Magistrate Judge James R. Muirhead, accordingly, the petition is dismissed without prejudice.



        SO ORDERED.



February   3, 2010                          /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge


cc:     Allan Cullen, Pro Se